**Order entered August 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01034-CV

### IN RE CHELSEA DAVIS, Relator

### Original Proceeding from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-13-19281

## ORDER

Before the Court is relator's motion to file a revised petition for writ of mandamus. We

**DENY** the motion without prejudice to filing a new and complete petition for writ of mandamus

in proper form.

/s/     ROBERT M. FILLMORE
             JUSTICE